# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Wanda A Cabrera-Cardona_____ ,
                    Plaintiff,

           v.                                   Case No. _3:22-cv- 131 mps.___
                                                (To be supplied by the Court)
State of Connecticut-Department of Labor____ ,
                    Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.    Plaintiff resides at the following location: 43 Dewey Avenue, Meriden, CT 06451

_____

2.    Defendant(s) reside(s) at the following location [Attach additional sheets if more

space is required]: State of Connecticut-Department of Labor, American Job Center, 37 Marne Street

Hamden, CT 06514, State of Connecticut-Department of Labor-Central Office,200 Folly Brook Boulevard,

Wethersfield, CT 06109, ASCFME Local 269 - Council 4, 42 Dora Street #2, Stamford, CT 06092

3.    This action is brought pursuant to [Check all spaces that apply to the type of

claim(s) you wish to assert against the Defendant(s)]:

☒    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
      seq., for employment discrimination on the basis of race, color, religion, sex, or
      national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
      2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
      and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
      et seq., for employment discrimination based upon age.  Jurisdiction is alleged
      pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is
      sought under 29 U.S.C. §§ 626(b) and (c) or   §§ 633a(b) and (c).

      My Year of Birth is: _____ .

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): _____

_____.

(B) ☐ Termination of my employment. I was terminated from my employment on the following date: _____.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☒ Other acts as specified below: _____

CONN. GEN. STAT. 46a-60(b)(1), CONN. GEN. STAT. 46a-60(b)(4), CONN. GEN. STAT. 46a-60(b)(8),

CONN. GEN. STAT. 46a-70, Section 504 of the Rehabilitation Act of 1973.

_____

_____

_____

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ], color [ ], religion [X], sex [X], age [ ], national origin [ ] or disability [X]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: CHRO Case #2110197    EEOC Case #16A-2021-00260

6.      The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

On Friday, June 8, 2018, I witness  James Hally, SCSEP employee looking at lewd and offensive photos

of women in negligee, seductive poses with a X on the private parts while on the computer at the State of

Connecticut Department of Labor, American Job Center (Career Center) in Hamden, CT.  I was forced to

show which computer in Hally's presence by two supervisors, one being a union steward. They never did

anything to remove him, there were 2 other situations with Hally. I went to Human Resources with 6-page

document (attached). HR said they didnt know. I went on FMLA-Mental/Health issues from it. DOL offerec

return to work at the same location, between two offices, while he was still in one. Or, take a demotion.

I was then offered employment in other agency but mistrusted  working for the State of CT and resigned.

7.      The approximate number of persons who are employed by the Defendant employer I am suing is: 40,000+      .

8.      The alleged discrimination occurred on or about the following date(s) or time period: From 6/7/2018 through 7/26/2021      .

9.     I filed charges with the:

⊠     Equal Employment Opportunity Commission

⊠     Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 10/28/2021          .

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so may result in delaying consideration of your claim(s).]

11.     The EEOC or the CHRO determined that there was no probable cause to believe that  discrimination occurred.  My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: I witnessed SCSEP employee, assigned to Dept of Labor viewing lewd-obscene photos of women in negligee/seductive poses-X's on private areas, as he sat at a public computer at the American Job- Hamden Career Center. When I witnessed it, I confronted him and then I took action. The following occured. Please refer to the attached six page document

12.     If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.     WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐     Injunctive orders (specify the type of injunctive relief sought): _____

_____;

⊠     Backpay;

☐   Reinstatement to my former position;

☒   Monetary damages (specify the type(s) of monetary damages sought): __

Compensatory, Punitive _____ ;

☐   Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _____

_____ ;

AND costs and attorneys' fees.

## **JURY DEMAND**

I hereby      DO ☐      DO NOT ☒  demand a trial by jury.

_____      _____

Original signature of attorney (if any)      **Plaintiff's Original Signature**

| |
|---|
| Wanda A Cabrera-Cardona |

Printed Name and address      Printed Name and address

43 Dewey Avenue

Meriden, CT 06451

( )      (203) 376-9800

Attorney's telephone      Plaintiff's telephone

wandacabreracardona@gmail.com

Email address if available      Email address if available

Dated: 1/24/2022 _____

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___New Haven, CT___ on ___1/24/2022___.
                (location)               (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/23/16)

6